171 A.3d 205

IN THE MATTER OF SASHA C. INTRIAGO, AN ATTORNEY AT LAW (ATTORNEY NO. 028452006)

D–124 Sept.Term 2016
079214

October 20, 2017

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–263, that **SASHA C. INTRIAGO** of **ELIZA-BETH**, who was admitted to the bar of this State in 2007, should be reprimanded for violating RPC 8.4(b)(committing a criminal act that reflects adversely on the lawyer's honesty, trustworthiness, or fitness as a lawyer), and good cause appearing;

It is ORDERED that **SASHA C. INTRIAGO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.